FILED
CLERK, U.S. DISTRICT COURT

FEB 18 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERMAINE CRYER, | ) | NO. CV 09-339-MMM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MICHAEL A. SMELOSKY, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: ____February 12____, 2009.

_/s/ Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE